**No. 69740.**—Ace Importing Co., Inc. *v.* United States, protest 326790–K (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.